ACCEPTED
01-14-00265-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/21/2015 3:03:17 PM
CHRISTOPHER PRINE
CLERK



# Nicholas LaHood
Criminal District Attorney
Bexar County, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/21/2015 3:03:17 PM
CHRISTOPHER A. PRINE
Clerk

July 21, 2015

Honorable Keith E, Hottle, Clerk
Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205

RE:     Jonathan Uribe v. The State of Texas
        Appellate Case No. 01-14-00265-CR
        Trial Court Case No. 2013-CR-5298

Dear Mr. Hottle:

The Appellants counsel in the instant case has filed a brief pursuant to Anders v. California, 386 U.S. 738,87 S. Ct. 1402,18 L. Ed. 2d 493 (1967). It is asserted therein that no reversible error exists in the instant case. Due to the nature of the Appellant's pleadings before this Court, the State waives its right to file a Appellee's brief at the present time. Should the Court receive a brief from the Appellant acting pro se, the State stands ready to file a brief in response to that pleading.

Thank you in advance for your consideration.

Sincerely yours,
/s/ Andrew Warthen
ANDREW WARTHEN
Assistant Criminal District Attorney
Bexar County, Texas
Elizondo Tower
101 W. Nueva
(210) 335-2414
S.B.N. 24079547                              cc: C. Wayne Huff
                                                  Attorney at Law
                                                  P.O. Box 2334
                                                  Boerne, Texas 78006

Attorney for the State